UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MENG-LIN LIU,

                                                       13 Civ. 0317 (WHP)

                    Plaintiff,

    -against-

SIEMENS AG,

                    Defendant.
------------------------------------------------------------x


## NOTICE OF APPEAL

      Notice is hereby given that Meng-Lin Liu, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on the 23rd day of October, 2013.

Dated: New York, New York
       November 14, 2013

                                            KAISER SAURBORN & MAIR, P.C.
                                            Attorneys for plaintiff


                By:         /s/_____
                        David N. Mair [DM-8883]
                        111 Broadway, 18th Floor
                        New York, New York 10006
                        (212) 338-9100